```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
VANESSA PRIESTER,

                Plaintiff,
                                        ORDER ADOPTING REPORT &
                                        RECOMMENDATION
                -against-               05-CV-3375(JS)(MLO)

BOARD OF COOPERATIVE EDUCATIONAL
SERVICES,

                Defendant.
----------------------------------------X
```

Appearances:

For Plaintiff:          Vanessa Priester, pro se
                        27 Washington Avenue
                        Roosevelt, NY 11575

For Defendant:          Linda Cronin, Esq.
                        Rocco G. Avallone, Esq.
                        Cronin & Byczek LLP
                        1981 Marcus Avenue
                        New Hyde Park, NY 11042

SEYBERT, District Judge:

   Upon review of the Report and Recommendation ("Report") of Magistrate Judge Michael L. Orenstein issued April 13, 2007, to which no party has objected, the Court hereby ADOPTS the Report in its entirety.

   Magistrate Judge Orenstein's Report and Recommendation provided that any objections were to be filed with the Clerk of the Court within 15 days of service of the Report.  The time for filing objections has expired and no Party has objected. Accordingly, all objections are hereby deemed to have been waived.

   The Court ADOPTS the Report in its entirety and ORDERS

that the Complaint be dismissed pursuant to Rules 16(f) and 41 of the Federal Rules of Civil Procedure.  The Clerk of the Court is directed to mark this matter closed.

                                  SO ORDERED

                                  /s/ JOANNA SEYBERT
                                  Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
           May  24 , 2007